United States District Court
Southern District of Texas
**ENTERED**
February 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-25 |
| | § | |
| DONDRELL LEE WILSON SR., *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER GRANTING MOTIONS FOR CONTINUANCE

On February 21 and 23, 2017, Defendants Wilson and Dawson each moved for a 30-day continuance of the final pretrial conference and jury selection dates because they had not had adequate time to review the discovery and evidence and to consider whether they wished to go to trial or plead guilty (D.E. 23, 22). The United States was unopposed to the motion.

Under the Speedy Trial Act, a district court may grant a continuance and exclude the resulting delay from the time in which a trial must commence if it makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's and defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7).

Having considered the Defendants' motions, the Court finds that the failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case and outweigh the best interests of the public and the Defendants

in a speedy trial.  The continuance period shall be excluded from the speedy trial computation.

The Court **GRANTS** the Defendants' motions (D.E. 22, 23) and **CONTINUES** the final pretrial conference until March 23, 2017, at 10:00 a.m. before undersigned and schedules the jury selection and trial for April 3, 2017 at 9:00 a.m. before Hon. Nelva Gonzales Ramos.

ORDERED this 23rd day of February, 2017.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE